*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Matthew John McCloskey | ) | Case No. 24–14153–amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix Due 11/26/24
    Plan Due 12/3/24
    Schedules A Due 12/3/24
    Schedules B Due 12/3/24
    Schedules C Due 12/3/24
    Schedules D Due 12/3/24
    Schedules E Due 12/3/24
    Schedules F Due 12/3/24
    Schedules G Due 12/3/24
    Schedules H Due 12/3/24
    Schedules I Due 12/3/24
    Schedules J Due 12/3/24
    Statement of Current Monthly Income (122C–1) Due 12/3/24
    Statement of Financial Affairs Due 12/3/24
    Summary of Assets and Liabilities Due 12/3/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: November 20, 2024                                                      By the Court

                                                                                   Ashely M. Chan
                                                                                    Chief Judge, United States Bankruptcy Court