**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew John Mccloskey                         CHAPTER 13
                    Debtor(s)

                                                    BKY. NO. 24-14153 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Denise Carlon*
                                        Denise Carlon
                                        12 Dec 2024, 16:32:40, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322