# Burns

Burns Engineering, Inc.
2001 Market Street
Suite 600
Philadelphia, PA 19103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/04/2024 |
| Period End Date | 11/17/2024 |
| Pay Date | 11/21/2024 |
| Document | 88597 |
| **Net Pay** | **$5,139.95** |

## Pay Details

**Matthew McCloskey**
475 Dean Drive
Kennett Square, PA 19348
USA

| | | | |
|---|---|---|---|
| Employee Number | ▮▮▮▮ | Pay Group | Burns Engineering |
| SSN | XXX-XX-3484 | Location | Philadelphia Office |
| Job | Director, IT | ProfitCenter | 000 - Corporate |
| Pay Rate | $0.0000 | Discipline | IT - Information Technology |
| Pay Frequency | Biweekly | EE Level | DIRCOR - Director, Corporate |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $4,251.59 |
| Ins Opt Out | | | $92.31 | $2,215.44 |
| Regular Pay | 80.000000 | $89.7950 | $7,183.60 | $156,038.71 |
| SARS | 0.000000 | $0.0000 | $0.00 | $5,191.00 |
| Vac Buy Back YE | 0.000000 | $0.0000 | $0.00 | $6,889.54 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $11,823.66 |

Total Hours Worked  0.000000   Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 2 | No | $0.00 | $642.48 | $0.00 | $0.00 |
| 401k Loan 3 | No | $57.88 | $810.32 | $0.00 | $0.00 |
| 401k loan 4 | No | $46.31 | $416.79 | $0.00 | $0.00 |
| 401k Loan 5 | No | $59.51 | $297.55 | $0.00 | $0.00 |
| 401k Pre-Tax % | Yes | $431.02 | $9,884.10 | $0.00 | $0.00 |
| EE Pet INS | No | $72.96 | $1,728.56 | $0.00 | $0.00 |
| Sup. AD&D Emplo | No | $0.00 | $3.90 | — | — |
| Vision | Yes | $7.84 | $188.16 | — | — |
| LTD | No | $0.00 | $0.00 | $0.32 | $7.68 |
| STD | No | $0.00 | $0.00 | $1.57 | $37.68 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $876.54 | $22,476.34 |
| Employee Medicare | $105.39 | $2,700.22 |
| Social Security Employee Tax | $0.00 | $10,453.20 |
| PA State Income Tax | $223.13 | $5,717.01 |
| PHILA NR | $250.29 | $6,412.47 |
| PA Unemployment Employee | $5.09 | $130.41 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx1551 | Checking | $300.00 |
| xxxxxx7107 | Checking | $4,839.95 |
| Total | | $5,139.95 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,275.91 | $6,837.05 | $1,460.44 | $675.52 | **$5,139.95** |
| YTD | $186,409.94 | $176,337.68 | $47,889.65 | $13,971.86 | $124,548.43 |

# Burns

Burns Engineering, Inc.
2001 Market Street
Suite 600
Philadelphia, PA 19103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/21/2024 |
| Period End Date | 11/03/2024 |
| Pay Date | 11/07/2024 |
| Document | 88251 |
| **Net Pay** | **$5,139.95** |

## Pay Details

**Matthew McCloskey**
475 Dean Drive
Kennett Square, PA 19348
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | Burns Engineering |
| SSN | XXX-XX-3484 | Location | Philadelphia Office |
| Job | Director, IT | ProfitCenter | 000 - Corporate |
| Pay Rate | $0.0000 | Discipline | IT - Information Technology |
| Pay Frequency | Biweekly | EE Level | DIRCOR - Director, Corporate |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $4,251.59 |
| Ins Opt Out | | | $92.31 | $2,123.13 |
| Regular Pay | 40.000000 | $89.7950 | $3,591.80 | $148,855.11 |
| SARS | 0.000000 | $0.0000 | $0.00 | $5,191.00 |
| Vac Buy Back YE | 0.000000 | $0.0000 | $0.00 | $6,889.54 |
| Vacation | 40.000000 | $89.7950 | $3,591.80 | $11,823.66 |

Total Hours Worked  0.000000     Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 2 | No | $0.00 | $642.48 | $0.00 | $0.00 |
| 401k Loan 3 | No | $57.88 | $752.44 | $0.00 | $0.00 |
| 401k loan 4 | No | $46.31 | $370.48 | $0.00 | $0.00 |
| 401k Loan 5 | No | $59.51 | $238.04 | $0.00 | $0.00 |
| 401k Pre-Tax % | Yes | $431.02 | $9,453.08 | $0.00 | $0.00 |
| EE Pet INS | No | $72.96 | $1,655.60 | $0.00 | $0.00 |
| Sup. AD&D Emplo | No | $0.00 | $3.90 | — | — |
| Vision | Yes | $7.84 | $180.32 | — | — |
| LTD | No | $0.00 | $0.00 | $0.32 | $7.36 |
| STD | No | $0.00 | $0.00 | $1.57 | $36.11 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $876.54 | $21,599.80 |
| Employee Medicare | $105.39 | $2,594.83 |
| Social Security Employee Tax | $0.00 | $10,453.20 |
| PA State Income Tax | $223.13 | $5,493.88 |
| PHILA NR | $250.29 | $6,162.18 |
| PA Unemployment Employee | $5.09 | $125.32 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx1551 | Checking | $300.00 |
| xxxxxx7107 | Checking | $4,839.95 |
| Total | | $5,139.95 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,275.91 | $6,837.05 | $1,460.44 | $675.52 | **$5,139.95** |
| YTD | $179,134.03 | $169,500.63 | $46,429.21 | $13,296.34 | $119,408.48 |

# Burns

Burns Engineering, Inc.
2001 Market Street
Suite 600
Philadelphia, PA 19103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/07/2024 |
| Period End Date | 10/20/2024 |
| Pay Date | 10/24/2024 |
| Document | 87899 |
| **Net Pay** | **$4,880.64** |

## Pay Details

**Matthew McCloskey**
475 Dean Drive
Kennett Square, PA 19348
USA

| | | | |
|---|---|---|---|
| Employee Number | ▮▮▮▮ | Pay Group | Burns Engineering |
| SSN | XXX-XX-3484 | Location | Philadelphia Office |
| Job | Director, IT | ProfitCenter | 000 - Corporate |
| Pay Rate | $0.0000 | Discipline | IT - Information Technology |
| Pay Frequency | Biweekly | EE Level | DIRCOR - Director, Corporate |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $4,251.59 |
| Ins Opt Out | | | $92.31 | $2,030.82 |
| Regular Pay | 80.000000 | $89.7950 | $7,183.60 | $145,263.31 |
| SARS | 0.000000 | $0.0000 | $0.00 | $5,191.00 |
| Vac Buy Back YE | 0.000000 | $0.0000 | $0.00 | $6,889.54 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $8,231.86 |

Total Hours Worked  0.000000      Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 2 | No | $0.00 | $642.48 | $0.00 | $0.00 |
| 401k Loan 3 | No | $57.88 | $694.56 | $0.00 | $0.00 |
| 401k loan 4 | No | $46.31 | $324.17 | $0.00 | $0.00 |
| 401k Loan 5 | No | $59.51 | $178.53 | $0.00 | $0.00 |
| 401k Pre-Tax % | Yes | $431.02 | $9,022.06 | $0.00 | $0.00 |
| EE Pet INS | No | $72.96 | $1,582.64 | $0.00 | $0.00 |
| Sup. AD&D Emplo | No | $0.00 | $3.90 | — | — |
| Vision | Yes | $7.84 | $172.48 | — | — |
| LTD | No | $0.00 | $0.00 | $0.32 | $7.04 |
| STD | No | $0.00 | $0.00 | $1.57 | $34.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $876.54 | $20,723.26 |
| Employee Medicare | $105.39 | $2,489.44 |
| Social Security Employee Tax | $259.31 | $10,453.20 |
| PA State Income Tax | $223.13 | $5,270.75 |
| PHILA NR | $250.29 | $5,911.89 |
| PA Unemployment Employee | $5.09 | $120.23 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx1551 | Checking | $300.00 |
| xxxxxx7107 | Checking | $4,580.64 |
| Total | | $4,880.64 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,275.91 | $6,837.05 | $1,719.75 | $675.52 | **$4,880.64** |
| YTD | $171,858.12 | $162,663.58 | $44,968.77 | $12,620.82 | $114,268.53 |

**Burns Engineering, Inc.**
2001 Market Street
Suite 600
Philadelphia, PA 19103

**Pay Statement**
Period Start Date  09/23/2024
Period End Date  10/06/2024
Pay Date  10/10/2024
Document  87547
**Net Pay  $4,689.58**

## Pay Details

**Matthew McCloskey**
475 Dean Drive
Kennett Square, PA 19348
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-3484 |
| Job | Director, IT |
| Pay Rate | $0.0000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Burns Engineering |
| Location | Philadelphia Office |
| ProfitCenter | 000 - Corporate |
| Discipline | IT - Information Technology |
| EE Level | DIRCOR - Director, Corporate |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $4,251.59 |
| Ins Opt Out | | | $92.31 | $1,938.51 |
| Regular Pay | 40.000000 | $89.8000 | $3,592.00 | |
| Regular Pay | 40.000000 | $89.8000 | $3,592.00 | $138,079.71 |
| SARS | 0.000000 | $0.0000 | $0.00 | $5,191.00 |
| Vac Buy Back YE | 0.000000 | $0.0000 | $0.00 | $6,889.54 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $8,231.86 |

Total Hours Worked  0.000000    Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 2 | No | $0.00 | $642.48 | $0.00 | $0.00 |
| 401k Loan 3 | No | $57.88 | $636.68 | $0.00 | $0.00 |
| 401k loan 4 | No | $46.31 | $277.86 | $0.00 | $0.00 |
| 401k Loan 5 | No | $59.51 | $119.02 | $0.00 | $0.00 |
| 401k Pre-Tax % | Yes | $431.04 | $8,591.04 | $0.00 | $0.00 |
| EE Pet INS | No | $72.96 | $1,509.68 | $0.00 | $0.00 |
| Sup. AD&D Emplo | No | $0.00 | $3.90 | — | — |
| Vision | Yes | $7.84 | $164.64 | — | — |
| LTD | No | $0.00 | $0.00 | $0.32 | $6.72 |
| STD | No | $0.00 | $0.00 | $1.57 | $32.97 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $876.62 | $19,846.72 |
| Employee Medicare | $105.39 | $2,384.05 |
| Social Security Employee Tax | $450.65 | $10,193.89 |
| PA State Income Tax | $223.14 | $5,047.62 |
| PHILA NR | $250.30 | $5,661.60 |
| PA Unemployment Employee | $5.09 | $115.14 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx1551 | Checking | $300.00 |
| xxxxxx7107 | Checking | $4,389.58 |
| Total | | $4,689.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,276.31 | $6,837.43 | $1,911.19 | $675.54 | **$4,689.58** |
| YTD | $164,582.21 | $155,826.53 | $43,249.02 | $11,945.30 | $109,387.89 |

# Burns

Burns Engineering, Inc.
2001 Market Street
Suite 600
Philadelphia, PA 19103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/09/2024 |
| Period End Date | 09/22/2024 |
| Pay Date | 09/26/2024 |
| Document | 87195 |
| **Net Pay** | **$4,689.33** |

## Pay Details

**Matthew McCloskey**
475 Dean Drive
Kennett Square, PA 19348
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | Burns Engineering |
| SSN | XXX-XX-3484 | Location | Philadelphia, PA |
| Job | Director, IT | ProfitCenter | 000 - Corporate |
| Pay Rate | $0.0000 | Discipline | IT - Information Technology |
| Pay Frequency | Biweekly | EE Level | DIRCOR - Director, Corporate |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $4,251.59 |
| Ins Opt Out | | | $92.31 | $1,846.20 |
| Regular Pay | 80.000000 | $89.7950 | $7,183.60 | $130,895.71 |
| SARS | 0.000000 | $0.0000 | $0.00 | $5,191.00 |
| Vac Buy Back YE | 0.000000 | $0.0000 | $0.00 | $6,889.54 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $8,231.86 |

Total Hours Worked  0.000000    Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan 2 | No | $0.00 | $642.48 | $0.00 | $0.00 |
| 401k Loan 3 | No | $57.88 | $578.80 | $0.00 | $0.00 |
| 401k loan 4 | No | $46.31 | $231.55 | $0.00 | $0.00 |
| 401k Loan 5 | No | $59.51 | $59.51 | $0.00 | $0.00 |
| 401k Pre-Tax % | Yes | $431.02 | $8,160.00 | $0.00 | $0.00 |
| EE Pet INS | No | $72.96 | $1,436.72 | $0.00 | $0.00 |
| Sup. AD&D Emplo | No | $0.00 | $3.90 | — | — |
| Vision | Yes | $7.84 | $156.80 | — | — |
| LTD | No | $0.00 | $0.00 | $0.32 | $6.40 |
| STD | No | $0.00 | $0.00 | $1.57 | $31.40 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $876.54 | $18,970.10 |
| Employee Medicare | $105.39 | $2,278.66 |
| Social Security Employee Tax | $450.62 | $9,743.24 |
| PA State Income Tax | $223.13 | $4,824.48 |
| PHILA NR | $250.29 | $5,411.30 |
| PA Unemployment Employee | $5.09 | $110.05 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx1551 | Checking | $300.00 |
| xxxxxx7107 | Checking | $4,389.33 |
| Total | | $4,689.33 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,275.91 | $6,837.05 | $1,911.06 | $675.52 | **$4,689.33** |
| YTD | $157,305.90 | $148,989.10 | $41,337.83 | $11,269.76 | $104,698.31 |