# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Matthew John McCloskey,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-14153-AMC |

**Certificate of Service**

I, Michael A. Cibik, certify that on August 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 13, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**PNC Bank, National Association**
3232 Newmark Drive
Miamisburg, OH 45342
Method of Service: CM/ECF

**Nationstar Mortgage, LLC**
Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741
Method of Service: CM/ECF

**Carvana, LLC / Bridgecrest**
c/o AIS Portfolio Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail