United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14153-amc

Matthew John McCloskey  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Sep 17, 2025      Form ID: 155      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew John McCloskey, 475 Dean Dr, Kennett Sq, PA 19348-1626 |
| 14947714 | | Chester County Tax Claim Bureau, 313 W Market St # 3602, West Chester, PA 19382-2804 |
| 14947722 | | Jeanine McCloskey, 475 Dean Dr, Kennett Sq, PA 19348-1626 |
| 14947730 | | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14947727 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14947737 | + | Tx Tech Cr U, Pob 4299, Lubbock, TX 79409-0007 |
| 14947739 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14947742 | + | Wfbna Hl, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14947711 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 18 2025 00:29:25 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14947712 | | Email/Text: rm-bknotices@bridgecrest.com | Sep 18 2025 00:25:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14948609 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 00:45:46 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14947713 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 00:31:59 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14970551 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 00:31:53 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969362 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 00:29:52 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14947715 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 00:32:08 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14947716 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 00:32:10 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14947717 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 00:30:02 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14947718 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 00:32:08 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14947719 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 24-14153-amc    Doc 34    Filed 09/19/25    Entered 09/20/25 00:38:48    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 155 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 14947720 | ^ MEBN | Sep 18 2025 00:24:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO box 182125, Columbus, OH 43218-2125 |
| 14947721 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2025 00:15:52 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| | | Sep 18 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14969494 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14947723 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2025 00:30:42 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14947724 | ^ MEBN | Sep 18 2025 00:15:38 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14956851 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 18 2025 00:24:00 | Nationstar Mortgage LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14961520 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2025 00:32:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14947725 | Email/Text: EBN@Mohela.com | Sep 18 2025 00:24:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 14969043 | Email/Text: EBN@Mohela.com | Sep 18 2025 00:24:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 14947726 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2025 00:24:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14972086 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2025 00:24:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14971257 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 18 2025 00:24:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14971320 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 18 2025 00:24:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14947731 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 18 2025 00:24:00 | PNC Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 8177 Washington Church Rd ,, Dayton, OH 45458 |
| 14960020 | ^ MEBN | Sep 18 2025 00:15:38 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14947728 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14947729 | ^ MEBN | Sep 18 2025 00:15:57 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14947732 | ^ MEBN | Sep 18 2025 00:15:31 | Service Finance Company, Attn: Bankruptcy, PO Box 2935, Gainesville, GA 30503-2935 |
| 14947733 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 00:31:09 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14947734 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 00:29:39 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14947735 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 00:47:08 | Synchrony Bank/Men's Wearhouse, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14947736 | + Email/Text: bankruptcy@bbandt.com | Sep 18 2025 00:24:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, VA 28202-0129 |

| | | | | |
|---|---|---|---|---|
| 14947738 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 18 2025 00:25:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14947740 | + | Email/Text: LCI@upstart.com | Sep 18 2025 00:24:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14956812 | ^ | MEBN | Sep 18 2025 00:15:40 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14947741 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 18 2025 00:32:11 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Matthew John McCloskey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Matthew John McCloskey )<br> )<br> )<br>  Debtor(s). )<br> )<br> ) | Case No. 24−14153−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 16, 2025                                          For The Court

                                                                  Ashely M. Chan
                                                                  Chief Judge, United States Bankruptcy Court