**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PRAECIPE TO WITHDRAW AND SUBSTITUTE**

Effective March 20, 2026, I will no longer be associated with the law firm of KML Law

Group, P.C.  Kindly withdraw my appearance on the matters in Exhibit "A" and substitute

Matthew Fissel, Esq., of KML Law Group, P.C. in my place.

Respectfully submitted,

KML Law Group, P.C.

Dated: 3/18/2026

By:    /s/Denise Carlon, Esq.
Denise Carlon, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Denise

Carlon, Esq.

Respectfully submitted,

Dated: 3/18/2026

KML Law Group, P.C.

By:    /s/Matthew Fissel, Esq.
Matthew Fissel, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532